# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ECIMOS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-02726-JPM-cgc |
| | ) | |
| CARRIER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S PROPOSED SPECIAL VOIR DIRE

Plaintiff hereby proposes the following special jury voir dire questions in addition to those typically utilized by the Court:

Have you, anyone in your family, or anyone you consider a relative or friend ever been employed by Carrier Corporation?

Have you, anyone in your family, or anyone you consider a relative or friend ever been employed in the HVAC industry?

Have you, anyone in your family, or anyone you consider a relative or friend ever been employed in the computer programming industry?

Have you, anyone in your family, or anyone you consider a relative or friend ever performed computer programming, whether for work or in your personal time?

Have you, anyone in your family, or anyone you consider a relative or friend ever been employed in an industry that sells manufacturing equipment for use in a plant?

Have you, anyone in your family, or anyone you consider a relative or friend ever been employed in an industry that sells component parts for manufacturing/testing equipment?

Have you, anyone in your family, or anyone you consider a relative or friend ever been employed in an industry that installs manufacturing/testing hardware or equipment in factories or plants?

Respectfully submitted,

/s/ J. O'Neal Perryman
Everett B. Gibson (BPR #7868)
Ralph T. Gibson (BPR #14861)
J. O'Neal Perryman (BPR #32601)
BATEMAN GIBSON LAW FIRM
Attorneys for Plaintiff
22 North Front Street, Suite 650
Memphis, Tennessee 38103
901.843.2466

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to counsel for Defendant via CM/ECF this the 7th day of May, 2018, as follows:

FARRIS BOBANGO BRANAN, PLC
Garrett M. Estep
Robert A. McLean
999 S. Shady Grove Road, Ste. 500
Memphis, Tennessee 38120
gestep@farris-law.com
ramclean@farris-law.com
Attorneys for Carrier Corporation

/s/ J. O'Neal Perryman
J. O'Neal Perryman