IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ECIMOS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:15-cv-2726-JPM-cgc |
| v. ) | |
| ) | |
| CARRIER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING JURY INSTRUCTIONS AND VERDICT FORM**

Attached are draft jury instructions and a draft verdict form. The draft instructions and verdict form do not address issues relating to the potential punitive damages phase of the trial. A table of contents is included at the end of the draft jury instructions. The parties shall file any notices of objection to the draft jury instructions and/or verdict form by no later than 5:00 p.m. on Thursday, **June 28, 2018**.

**IT IS SO ORDERED**, this 26th day of June, 2018.

                                                /s/ Jon P. McCalla
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE