IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ECIMOS, LLC )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARRIER CORPORATION, )<br>)<br>    Defendant. ) | Case No. 2:15-cv-2726-JPM-cgc |

**JUDGMENT AND PERMANENT INJUNCTION**

**JUDGMENT BY COURT.**  This action came on for consideration before the Court for a trial by jury.  The issues have been tried and the jury duly rendered its verdict on July 6, 2018.  (ECF No. 359.)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict, Judgment is entered against Carrier Corporation and in favor of ECIMOS, LLC for $7,500,000.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion for Permanent Injunction in Part (ECF No. 382) and the Order Amending Previous Injunction Orders (ECF No. 397), Defendant Carrier Corporation is PERMANENTLY ENJOINED from:

1. Further use of the Runtest Execution System ("RES") database;
2. Sharing ECIMOS's assembled hardware and wiring diagrams without ECIMOS's express permission; and
3. Sharing ECIMOS's Run Test software source code, including the algorithms for the valid tests and test procedures and the way the software source code interacts with ECIMOS's database, without ECIMOS's express permission.

The portion of the permanent injunction prohibiting Carrier's "use of the Runtest Execution System ('RES') database" is STAYED until a special master appointed by the Court reports that implementation of a new, non-infringing RES database is complete.  Carrier is ORDERED to pay the equivalent of a licensing fee for the use of the infringing RES database from August 1, 2018 to the time that a non-infringing replacement database is fully implemented.  Specifically, Carrier is ORDERED to pay ECIMOS $50 per run test station per

month in which said stations interact with the infringing RES database.  The Court retains jurisdiction over this matter for the purpose of enforcing the Permanent Injunction.

**APPROVED:**

  /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  11/26/18
 Date