**BOND NO. 82397747**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ECIMOS, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No: 2:15-CV-2726-JPM-CGC |
| | ) | |
| CARRIER CORPORATION | ) | |
| Defendant. | ) | |

## APPEAL BOND

CARRIER CORPORATION, as Principal, and FEDERAL INSURANCE COMPANY, as Surety, are held and firmly bound unto ECIMOS, LLC as Plaintiff in the aggregate principal sum of Seven Million Seven Hundred Thousand and Two Hundred and Fifty Dollars ($7,700,250.00) for the payment of which we bind ourselves, our successors and assigns, jointly and severally.

Whereas, on November 26, 2018, the Plaintiff herein recovered a judgment against Carrier Corporation, the Defendant herein, on the jury verdict for the sum total sum of Seven Million Five Hundred Thousand Dollars ($7,500,000.00); and

Whereas, the above-named Principal has filed or is about to file post-trial motions to review the judgment on the verdict entered in the above case on NOVEMBER 26th, 2018.

NOW, THEREFORE, the condition of this obligation is such that if the

Principal shall diligently prosecute its appeal to a decision and shall promptly perform and satisfy any money judgment obtained in the judgment in full, including any interest, then this obligation will be void; otherwise to remain in full force and effect. In no event shall the penal sum of this bond exceed the sum of Seven Million Seven Hundred Thousand and Two Hundred and Fifty Dollars and 00/100 ($7,700,250.00).

Signed and dated on this 3rd day of December, 2018.

PRINCIPAL: CARRIER CORPORATION

Name: _____
Title: Halina Kazmierczak, Attorney-In-Fact

SURETY: FEDERAL INSURANCE COMPANY

Name: _____
Title: Sandra Diaz, Attorney-in-Fact

Edition: 2 (June 2016)

# SPECIAL POWER OF ATTORNEY

**CARRIER CORPORATION**, a corporation organized and existing under the laws of the State of Delaware, on behalf of itself, its subsidiaries and affiliates, (collectively referred to as the "Corporation"), hereby makes, constitutes and appoints Aon Risk Services Northeast, Inc. on behalf of certain of its employees as the Corporation's true and lawful attorneys-in-fact:

> Halina Kazmierczak
> Vivian Carti
> Aklima Noorhassan
> Derek J. Elston
> Susan A. Welsh
> Jennifer L. Jakaitis
> Cynthia Farrell
> Sandra Diaz
> KeAna Conrad

with full power to execute, seal and deliver on behalf of the Corporation, surety bonds and documents ancillary thereto issued in the course of the Corporation's business, subject to the provisions of the Insurance Brokerage and Service Agreement effective March 1, 2007, among Aon Risk Services, Inc. of Connecticut, Aon Risk Services, Inc. of New York, currently known as **AON RISK SERVICES NORTHEAST, INC. and UNITED TECHNOLOGIES CORPORATION,** as amended or supplemented from time to time, and to bind the Corporation, thereby as if such writings had been duly executed and acknowledged by officers of the Corporation.

IN WITNESS WHEREOF, the Corporation has caused this Special Power of Attorney to be signed by its duly authorized representative this 5th day of July, 2016.

CARRIER CORPORATION
By: _[signature]_
Name: Bryan K. Pollard
Title: Assistant Secretary

UNITED STATES OF AMERICA)   ss: TOWN OF JUPITER
STATE OF FLORIDA              )
COUNTY OF PALM BEACH   )

On this 5th day of July 2016, before me, a Notary Public in and for said County and State, personally appeared Bryan K. Pollard who acknowledged himself to be the Assistant Secretary of CARRIER CORPORATION, the corporation named in the foregoing instrument, and that as such, being authorized so to do, executed the foregoing instrument for the same for the purposes therein contained by signing such document in his capacity as Assistant Secretary.

ARACELLY M. ZAMORA
Notary Public - State of Florida
Commission # FF 928387
My Comm. Expires Oct 18, 2019
Bonded through National Notary Assn.

_[signature]_ Aracelly M. Zamora, Notary Public



## Power of Attorney
### Federal Insurance Company | Vigilant Insurance Company | Pacific Indemnity Company

**Know All by These Presents**, That **FEDERAL INSURANCE COMPANY**, an Indiana corporation, **VIGILANT INSURANCE COMPANY**, a New York corporation, and **PACIFIC INDEMNITY COMPANY**, a Wisconsin corporation, do each hereby constitute and appoint **Debra A. Deming, Sandra Diaz, Cynthia Farrell, Peter Healy, Francesca Kazmierczak, Kristine Mendez, Aklima Noorhassan, Edward J. Reilly, Frances Rodriguez and Nancy Schnee of New York, New York**----------

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof**, said **FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY**, and **PACIFIC INDEMNITY COMPANY** have each executed and attested these presents and affixed their corporate seals on this **31st** day of **January, 2018**.

_Dawn M. Chloros_  
Dawn M. Chloros, Assistant Secretary

  
Stephen M. Haney, Vice President

  



**STATE OF NEW JERSEY**  
County of Hunterdon      ss.

On this **31st** day of **January, 2018** before me, a Notary Public of New Jersey, personally came Dawn M. Chloros, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Dawn M. Chloros, being by me duly sworn, did depose and say that she is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of said Companies; and that she signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that she is acquainted with Stephen M. Haney, and knows him to be Vice President of said Companies; and that the signature of Stephen M. Haney, subscribed to said Power of Attorney is in the genuine handwriting of Stephen M. Haney, and was thereto subscribed by authority of said Companies and in deponent's presence.

Notarial Seal   

KATHERINE J. ADELAAR  
NOTARY PUBLIC OF NEW JERSEY  
No. 2316885  
Commission Expires July 16, 2019

_Katherine J. Adelaar_  
Notary Public

### CERTIFICATION

Resolutions adopted by the Boards of Directors of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY on August 30, 2016:

"**RESOLVED**, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into in the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

I, Dawn M. Chloros, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i) the foregoing Resolutions adopted by the Board of Directors of the Companies are true, correct and in full force and effect,

(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in the U.S. Virgin Islands, and Federal is licensed in Guam, Puerto Rico, and each of the Provinces of Canada except Prince Edward Island; and

(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Whitehouse Station, NJ, this **3rd December, 2018**

_Dawn M. Chloros_  
Dawn M. Chloros, Assistant Secretary

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT:  
Telephone (908) 903-3493    Fax (908) 903-3656    e-mail: surety@chubb.com

Form 15-10-0225B-U GEN CONSENT (rev. 12-16)

# FEDERAL INSURANCE COMPANY

## STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

### DECEMBER 31, 2017

(in thousands of dollars)

| ASSETS | | LIABILITIES AND SURPLUS TO POLICYHOLDERS | |
|---|---:|---|---:|
| Cash and Short Term Investments | $ (78,340) | Outstanding Losses and Loss Expenses | $ 10,545,326 |
| United States Government, State and Municipal Bonds | 7,063,387 | Unearned Premiums | 2,087,124 |
| | | Ceded Reinsurance Premiums Payable | 739,431 |
| Other Bonds | 5,366,068 | Provision for Reinsurance | 57,140 |
| Stocks | 134,041 | Other Liabilities | 1,044,341 |
| Other Invested Assets | 1,006,599 | | |
| TOTAL INVESTMENTS | 13,491,755 | TOTAL LIABILITIES | 14,473,362 |
| Investments in Affiliates: | | | |
| Chubb Investment Holdings, Inc. | 3,890,677 | Capital Stock | 20,980 |
| Great Northern Insurance Company | 557,388 | Paid-In Surplus | 3,209,193 |
| Vigilant Insurance Company | 327,316 | Unassigned Funds | 4,066,505 |
| Chubb Indemnity Insurance Company | 171,786 | | |
| Chubb National Insurance Company | 171,493 | | |
| Chubb European Investment Holdings, SLP | 119,836 | SURPLUS TO POLICYHOLDERS | 7,296,678 |
| Other Affiliates | 76,806 | | |
| Premiums Receivable | 1,594,780 | | |
| Other Assets | 1,368,203 | | |
| TOTAL ADMITTED ASSETS | $ 21,770,040 | TOTAL LIABILITIES AND SURPLUS | $ 21,770,040 |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. At December 31, 2017, investments with a carrying value of $558,430,596 were deposited with government authorities as required by law.

State, County & City of New York, — ss:

Dawn M. Chloros, Assistant Secretary of the Federal Insurance Company being duly sworn, deposes and says that the foregoing Statement of Assets, Liabilities and Surplus to Policyholders of said Federal Insurance Company on December 31, 2017 is true and correct and is a true abstract of the Annual Statement of said Company as filed with the Secretary of the Treasury of the United States for the 12 months ending December 31, 2017.

Subscribed and sworn to before me this March 1, 2018.

_Jeanette Shipsey_
Notary Public

_Dawn M. Chloros_
Assistant Secretary

JEANETTE SHIPSEY
Notary Public, State of New York
No. 02SH5074142
Qualified in Nassau County
Commission Expires March 10, 2019

Form 15-10-0313A (Rev. 3/18)

## ACKNOWLEDGEMENT BY SURETY AND PRINCIPAL

STATE OF <u>NEW YORK</u>
COUNTY OF <u>NEW YORK</u>

On this 3rd day of <u>December, 2018</u> before me, <u>Mary L Padilla</u> a Notary Public, within and for said County and State, personally appeared <u>Sandra Diaz</u> to me personally known to be the Attorney-in-Fact of and for <u>Federal Insurance Company</u> and <u>Halina Kazmierczak</u> to me personally known to be the Attorney-in-Fact of <u>Carrier Corporation</u> and acknowledged that they executed the said instrument as the free act and deed of said Company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the aforesaid County, the day and year in this certificate first above written.

*Mary L Padilla*
Notary Public in the State of <u>New York</u>
County of <u>New York</u>

```
MARY L PADILLA
Notary Public, State of New York
No. 01PA6370160
Qualified in New York County
Commission Expires January 29, 20__
```



MARY L. PADILLA
Notary Public, State of New York
No. 01PA6370160
Qualified in New York County
Commission Expires January 29, 20__

